|   |   |
|---|---|
| 1 | HONORABLE RONALD B. LEIGHTON |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JUAN BARELA
Accused as Suspect in Child Abuse
Arrested, Cover Cited for Obstruction
LYNN BARELA
Joined as Party of Interest,

             Plaintiffs,

    v.

ELLIS W. JOHNSON, M.D.
In Individual Capacity and
In Professional Capacity as Family Physician
LORI JOHNSON
In Individual Capacity and
In Professional Capacity as Medical Assistant,

             Defendants.

Case No. C05-5785 RBL

ORDER DENYING PLAINTIFFS'
MOTION TO SET ASIDE ORDER

    THIS MATTER is before the court on the Plaintiffs' "Motion to Set Aside the Order Dismissed with Prejudice." [Dkt. # 28]. The Motion's precise basis is not clear, but it is apparent that the Plaintiffs seek Reconsideration of the Court's October 23, 2006 Order of Dismissal [Dkt. # 26]. Because the Plaintiffs' Motion was not filed "within 10 judicial days" of that Order, it is not timely under Local Rule 7(h)(2).

///

//

/

Therefore, the Plaintiffs' Motion is DENIED.

ORDER
Page - 1

1
2      DATED this 20th day of November, 2006.
3
4
5                              _____
6                              RONALD B. LEIGHTON
                               UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER
Page - 2