HONORABLE RONALD B. LEIGHTON

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10

| | |
|---|---|
| JUAN BARELA<br>Accused as Suspect in Child Abuse<br>Arrested, Cover Cited for Obstruction<br>LYNN BARELA<br>Joined as Party of Interest,<br><br>        Plaintiffs,<br><br>      v.<br><br>ELLIS W. JOHNSON, M.D.<br>In Individual Capacity and<br>In Professional Capacity as Family Physician<br>LORI JOHNSON<br>In Individual Capacity and<br>In Professional Capacity as Medical Assistant,<br><br>        Defendants. | Case No. C05-5785 RBL<br><br><br>ORDER DENYING PLAINTIFFS'<br>MOTION TO SET ASIDE DISMISSAL<br>WITH PROFFERS |

20          THIS MATTER is before the court on the Plaintiffs' "Motion to Set Aside Dismissal with Proffers"

21   [Dkt. # 36].    The Motion's precise basis is not clear, but it appears that the Plaintiffs again seek

22   Reconsideration of the Court's October 23, 2006 Order of Dismissal [Dkt. # 26].  Because the Plaintiffs'

23   Motion was not filed "within 10 judicial days" of that Order, it is not timely under Local Rule 7(h)(2).

24          Additionally, this Court does not have jurisdiction over this matter,  as the Plaintiffs have appealed the

25   dismissal of their clams.

26   //

27   /

28

1        Therefore, the Plaintiffs' Motion is DENIED.

2   DATED this 26th  day of February, 2007.

3

4

5                              RONALD B. LEIGHTON
                              UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2